IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 15-cv-00503-CMA-KMT | Date: | July 13, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| JOHN F. FOX, II, and<br>JULIE A. FOX, individuals, | Lidiana Rios<br>Daniel Wartell |
| Plaintiffs, | |
| v. | |
| WISE SERVICES, INC., a Wyoming corporation,<br>BRIAN DELANEY,<br>TRAVIS NIELSON,<br>MICHAEL TUTTLE, and<br>JOEY L. PLATTS, individual, | James Phillips<br>Frederick Klann<br><br><br>William Hiser |
| Defendants. | |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE AND MOTION HEARING**

**3:32 p.m.     Court in session.**

Court calls case. Appearances of counsel.

Mr. Phillips states he is corporate counsel for Wise Services, Inc.

Discussion and argument regarding the likelihood of Mr. Phillips being a witness at trial.

**ORDERED:   Plaintiffs' Motion to Disqualify Counsel [18] is DENIED WITHOUT
              PREJUDICE, for reasons stated on record.**

Trial Preparation Conference and trial dates will be set by District Judge Christine M. Arguello

Counsel confirm initial disclosures have been exchanged.

**ORDERED: Defendants Wise Services, Brian Delaney, Travis Nielson, and Michael Tuttle shall provide initial disclosures to Plaintiffs, as discussed, on or before July 23, 2015.**

Discussion regarding e-discovery.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Party group is defined as: 1) Plaintiffs; 2) Defendants Wise, Delaney, Nielson, and Tuttle; and 3) Defendant Platts.

Each party group shall be limited to 10 depositions, excluding experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each party group shall be limited to 45 interrogatories, 45 requests for production, and 45 requests for admission.

Court states its practice regarding discovery disputes.

Joinder of Parties/Amendment to Pleadings:   October 23, 2015
Discovery Cut-off:   March 11, 2016
Dispositive Motions Deadline:   April 11, 2016
Each party group shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts:   January 8, 2016
Opposing Counsel's Experts:   February 1, 2016
Disclosure of Rebuttal Experts:   February 29, 2016

Written Discovery shall be served 33 days prior to the discovery cutoff.

**ORDERED: Telephonic Final Pretrial Conference is set for June 9, 2016 at 9:30 a.m. The parties shall initiate a conference call and contact chambers at 303-335-2780 at the time of the Final Pretrial Conference. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

**Scheduling Order entered.**

**5:00 p.m.   Court in recess.**

Hearing concluded.
Total in-court time:   01:28
*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.